## Annville Stone Company, Appellant, *v.* Hershey Chocolate Corporation et al.

Argued February 7, 1950. Before MAXEY, C. J., LINN, STERN, STEARNE and JONES, JJ.

*Walter Biddle Saul,* with him *Anderson Page, John Y. Scott* and *Saul, Ewing, Remick & Saul,* for appellant.

*W. James MacIntosh,* with him *Ernest R. von Starck, William H. Earnest, Henry A. Torchia, Morgan, Lewis & Bockius* and *Earnest & Torchia,* for appellee.

OPINION PER CURIAM, February 14, 1950:

On this appeal from a decree refusing a preliminary injunction, it appears that there were reasonable grounds for the action of the learned court below. The decree is, therefore, affirmed. See *Cohen et al. v. A. M. Byers Company et al.*, 363 Pa. 618, 70 A. 2d 837.

Decree affirmed at appellant's costs.